[No. 2743-1.   Division One.   December 23, 1974.]

THE STATE OF WASHINGTON, Respondent, v. DAVID F.
McLAIN, Appellant.

Appeal from a judgment of the Superior Court for Sno-

homish County, No. 6376, Dennis J. Britt, J., entered December 17, 1973. *Reversed* by unpublished per curiam opinion.